**STINSON**

Samir R. Mehta
**PARTNER**
(314) 259.4517 (T)
(314) 259.4473 (F)
samir.mehta@stinson.com

February 18, 2020

<u>Via ECF</u>

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: Request for Adjournment of Pre-Motion Conference and Initial Conference in *Joseph Guglielmo v. Nebraska Furniture Mart, Inc.*, 1:19-cv-11197 (KPF)(KHP)

Your Honor:

Defendant Nebraska Furniture Mart, Inc. ("NFM") respectfully requests permission to adjourn the pre-motion conference and initial conference set for February 20, 2020 at 12:30 PM, pursuant to Your Honor's order of February 10, 2020. ECF No. 17. Plaintiff Joseph Guglielmo does not oppose this request.

NFM understands that counsel is required to appear in person at the conference pursuant to Section 3(A) of Your Honor's Individual Rules and Practices which states, "[t]he attorney who will serve as principal trial counsel must appear at all conferences with the Court." Due to unexpected conflicts for other cases, both of the undersigned attorneys will have great difficulty appearing in person on February 20, 2020 at the scheduled time of the Initial Conference and Pre-Motion Conference. Both counsel are traveling extensively this week and are expected to be out of the area on the date of the Conference, making in-person attendance greatly difficult.

Plaintiff does not oppose this request and has expressed that adjournment would also be more convenient for Plaintiff.

Given the difficultly and expense associated with appearing in person, NFM's counsel respectfully requests adjournment of the initial conference set for February 20, 2020 at 12:30 PM EST to a date agreeable by the Court.

/s/ Samir R. Mehta

Samir R. Mehta (*pro hac vice*)
7700 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Kieran M. Corcoran (KC4935)
1325 Avenue of the Americas
27th Floor
New York, New York 10019
(212) 763.8491 (t)

7700 Forsyth Blvd., Suite 1100, St. Louis, MO 63105


STINSON LLP \ STINSON.COM

CORE/3504102.0019/157792273.1

(212) 763.8304 (f)
kieran.corcoran@stinson.com

**Attorneys for Defendant, Nebraska Furniture Mart, Inc.**

To: All Parties via ECF

Application GRANTED. The pre-motion conference currently scheduled for February 20, 2020, is hereby ADJOURNED to March 18, 2020, at 11:00 a.m. The Court notes that the February 20 conference was scheduled on December 18, 2019 (Dkt. #5), and the Court in the future expects counsel to be mindful of the calendar.

Dated:    February 18, 2020
            New York, New York

SO ORDERED.

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE