**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSEPH GUGLIELMO, *on behalf of*
*himself and all others similarly situated,*

Plaintiff,

-against-                                                                    19 **CIVIL** 11197 (KPF)

**JUDGMENT**

NEBRASKA FURNITURE MART, INC.

Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 18, 2020, Given the absence of jurisdiction,

the Court dismisses the claims against Defendant without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
          December 21, 2020

                                                              **RUBY J. KRAJICK**
                                                              _____
                                                              **Clerk of Court**
                                              **BY:**

                                                              **Deputy Clerk**